UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112
Neptune, NJ  07753

**Order Filed on January 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John Joseph Steimel

Debtor

Case No.:    18-18635

Judge:    CMG

Chapter:    13

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER AUTHORIZING
**RETENTION OF**  Pittenger Realty (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: January 28, 2020**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

| | | |
|---|---|---|
| In re: | John Joseph Steimel | |
| Case No.: | 18-18635 | |
| Applicant: | John Joseph Steimel | |

(check all that apply)
- ☐ Trustee: ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
- ☑ Debtor: ☐ Chap. 11   ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional:    Pittenger Realty

Address of Professional:    2240 Route 33, Suite 111

Neptune, NJ 07753

- ☐ Attorney for (check all that apply):
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☑ Other Professional:
  - ☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-18635-CMG
John Joseph Steimel                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1                 Date Rcvd: Jan 28, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
db              +John Joseph Steimel,    2063 Benjamin Circle,    Wall, NJ 07719-9653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2020 at the address(es) listed below:
       Albert    Russo    docs@russotrustee.com
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Elizabeth K. Holdren    on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank
        eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
       Jill    Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
        NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
        MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
       Phillip Andrew Raymond    on behalf of Creditor    PNC Bank, National Association, as servicer for
        U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1
        phillip.raymond@mccalla.com
       R. A. Lebron    on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank
        National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
       R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
        NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
        MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William H. Oliver, Jr.    on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com,
        R59915@notify.bestcase.com
                                                                         TOTAL: 10