UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112
Neptune, NJ  07753

Order Filed on January 28, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

 John Joseph Steimel

                Debtor

Case No.: _____18-18635_____

Judge: _____CMG_____

Chapter: _____13_____

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

# ORDER AUTHORIZING
## RETENTION OF   Pittenger Realty (Selling Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: January 28, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:          John Joseph Steimel _____

Case No.:        18-18635 _____

Applicant:       John Joseph Steimel _____

(check all that apply)  ☐  Trustee:  ☐  Chap. 7      ☐  Chap. 11      ☐  Chap. 13.

☑  Debtor:  ☐  Chap. 11      ☑  Chap. 13

☐  Official Committee of _____

Name of Professional:      Pittenger Realty _____

Address of Professional:    3350 Highway 138 _____

Wall, NJ  07719 _____

_____

_____

☐  Attorney for (check all that apply):

☐  Trustee  ☐  Debtor-in-Possession

☐  Official Committee of _____

☐  Accountant for:

☐  Trustee  ☐  Debtor-in-Possession

☐  Official Committee of _____

☑  Other Professional:

☑  Realtor  ☐  Appraiser  ☐  Special Counsel  ☐  Auctioneer

☐  Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.       The applicant is authorized to retain the above party in the professional capacity
noted.

2

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
John Joseph Steimel
        Debtor

Case No. 18-18635-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jan 28, 2020
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2020.
db               +John Joseph Steimel,    2063 Benjamin Circle,    Wall, NJ 07719-9653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
       Albert  Russo    docs@russotrustee.com
       Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Elizabeth K. Holdren    on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank
       eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
       Jill  Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
       NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
       MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
       Phillip Andrew Raymond    on behalf of Creditor    PNC Bank, National Association, as servicer for
       U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1
       phillip.raymond@mccalla.com
       R. A. Lebron    on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank
       National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
       R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
       NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
       MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William H. Oliver, Jr.    on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com,
       R59915@notify.bestcase.com
                                                             TOTAL: 10