| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | <br>**Order Filed on March 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    John Joseph Steimel<br><br>Debtor. | Case No.: <u>18-18635 CMG</u><br><br>Adv. No.:<br><br>Hearing Date:  3/4/2020 @ 9:00 a.m..<br><br>Judge:  <u>Christine M. Gravelle</u> |

### ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**


**DATED: March 13, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  John Joseph Steimel
Case No:  18-18635 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 2017 Toyota Camry. VIN: 4T1BF1FK4HU638712, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and William H. Oliver, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of February 26, 2020, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for the payment due February 15, 2020 for a total post-petition default of $284.43 (1 @ $374.97, less suspense of $90.54); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $284.43 will be paid over three months by Debtor remitting $94.81 per month, which additional payments shall begin on March 15, 2020 until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular payments are to resume March 15, 2020, directly to Secured Creditor's servicer, TMCC, P.O. Box 5855, Carol Stream, IL 60197-5855; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtors' Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-18635-CMG
John Joseph Steimel                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2020
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
db           +John Joseph Steimel,    2063 Benjamin Circle,    Wall, NJ 07719-9653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E.  Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
      dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank
      eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
      Jill   Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
      NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
      MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
      Phillip Andrew Raymond     on behalf of Creditor    PNC Bank, National Association, as servicer for
      U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1
      phillip.raymond@mccalla.com
      R. A. Lebron    on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank
      National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
      R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
      NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
      MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com,
      R59915@notify.bestcase.com
                                                                                                                     TOTAL: 10