UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ 07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on April 8, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOHN JOSEPH STEIMEL,

                Debtor

Case No.: 18-18635

Chapter: 13

Hearing Date: 4/7/20 @ 12:00 pm

Judge: Christine M. Gravelle

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: April 8, 2020**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____1,600_____ for services rendered and expenses in the amount of $_____181_____ for a total of $_____1,781_____ . The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____810_____ per month for ___13___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
John Joseph Steimel  
    Debtor

Case No. 18-18635-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 09, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db          +John Joseph Steimel,    2063 Benjamin Circle,    Wall, NJ 07719-9653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
       Albert   Russo     docs@russotrustee.com  
       Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Elizabeth K. Holdren     on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com  
       Jill   Manzo     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com  
       Phillip Andrew Raymond     on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com  
       R. A. Lebron     on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com  
       R. A. Lebron     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.     on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com,   R59915@notify.bestcase.com  
                                                                      TOTAL: 10