UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: __18-18635(CMG)__ |
| John Joseph Steimel, Debtor | Chapter: __13__ |
| | Judge: __Christine M. Gravelle__ |

### NOTICE OF PROPOSED PRIVATE SALE

_____John Steimel_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __July 1, 2020__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  2063 Benjamin Circle, Wall, NJ 07719

Proposed Purchaser:  Eileen Tennyson

Sale price:  445,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Pittenger Realty / Ward Wight Sotheby's / William H. Oliver, Jr.
Amount to be paid:  3.5% of Sale Price / 2.5% of Sale Price / Amount as will appear in HUD
Services rendered:  Real Estate Broker / Real Estate Broker / Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-18635-CMG
John Joseph Steimel                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2              Date Rcvd: Jun 05, 2020
                                Form ID: pdf905          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db           +John Joseph Steimel,    2063 Benjamin Circle,    Wall, NJ 07719-9653
cr           +PNC Bank, National Association, as servicer for U.,     McCalla Raymer Leibert Pierce, LLC,
               99 Wood Avenue South,    Iselin, NJ 08830-2734
r            +Pittenger Realty,    SELLING BROKER,    3350 Route 138,    Wall, NJ 07719-9694
r            +Pittenger Realty,    LISTING BROKER,    2240 Highway 33,    Suite 111,    Neptune, NJ 07753-6121
517485064    +Amboy Bank f/k/a Amboy Nat'l Bank,    c/o Hill Wallack LLP,    202 Carnegie Center,
               P.O. Box 5226,    Princeton, NJ 08543-5226
517630205    +Amboy Bank f/k/a Amboy National Bank,    3590 U.S. Highway 9,    Old Bridge, NJ 08857-2765
517635915    +Hill Wallack LLP,    Attn: Elizabeth Holdren,    21 Roszel Rd.,    Princeton, NJ 08540-6669
517540946    +NJCLASS,    POB 548,    Trenton, NJ 08625-0548
517485066    +NJHigh Ed,    4 Quakenbridge Plz,    Trenton, NJ 08619-1241
517631343    +PNC Bank, National Association,    Bankruptcy Department,    3232 Newmark Drive,
               Miamisburg, OH 45342-5421
517485067    +PNC Mortgage,    co Buckley Madole, P.C.,    99 Wood Avenue Suite 803,    Iselin, NJ 08830-2713
517485068    +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517485069    +Ron Ely,    co 2063 Benjamin Circle,    Belmar, NJ 07719-9653
517648831   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Department of Treasury,
               Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517485071   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Co,    Toyota Financial Services,    Po Box 8026,
               Cedar Rapids, IA 52408)
517626089    +The Bank of Missouri,    PO Box 105555,    Atlanta, GA 30348-5555
517541562    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517801812     U.S. Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
517485072    +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:30:28      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:30:23      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517520314     E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 06 2020 03:29:54      IRS,    POB 7346,
               Philadelphia, PA 19101-7346
517493259    +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:25:58      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Amboy Bank f/k/a Amboy National Bank,    3590 U.S. Highway 9,    Old Bridge, NJ 08857-2765
lm*          +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
517485065*  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
               P.O. Box 724,    Springfield, NJ 07081)
517485070*  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
               P.O. Box 245,    Trenton, NJ 08695-0245)
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                 Page 2 of 2            Date Rcvd: Jun 05, 2020
                                Form ID: pdf905             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank
               eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
              Jill   Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
               NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
               MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
              Phillip Andrew Raymond    on behalf of Creditor    PNC Bank, National Association, as servicer for
               U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1
               phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
               NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
               MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank
               National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 10
```