Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−18635−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Joseph Steimel
   2063 Benjamin Circle
   Wall, NJ 07719

Social Security No.:
   xxx−xx−5859

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on June 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 148 − 144
Order Granting Application to Employ Professional Pittenger Realty as Real Estate LISTING Broker (Related Doc # 144). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/23/2020. (rms)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: June 23, 2020
JAN: rms

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John Joseph Steimel  
    Debtor

Case No. 18-18635-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 23, 2020  
                       Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
r            +Pittenger Realty,    LISTING BROKER,    2240 Highway 33,    Suite 111,    Neptune, NJ 07753-6121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
           Albert    Russo    docs@russotrustee.com
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
           Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Elizabeth K. Holdren     on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank
            eholdren@hillwallack.com,    jhanley@hillwallack.com;hwbknj@hillwallack.com
           Jill    Manzo     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
           Phillip Andrew Raymond     on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1
            phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
           R. A. Lebron     on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
           R. A. Lebron     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.     on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
                                                                                                                                                      TOTAL: 10