Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.: 18−18635−CMG
                       Chapter: 13
                       Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Joseph Steimel
   2063 Benjamin Circle
   Wall, NJ 07719

Social Security No.:
   xxx−xx−5859

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 23, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 149 − 145
Order Granting Application to Employ Professional Ward Wight Sotheby's as Real Estate SELLING Broker (Related Doc # 145). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/23/2020. (rms)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 23, 2020
JAN: rms

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-18635-CMG
John Joseph Steimel                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 23, 2020
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
r               +Ward Wight Sotheby's,    522 Washinton Blvd.,    Sea Girt, NJ 08750-2921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Elizabeth K. Holdren    on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank
       eholdren@hillwallack.com,   jhanley@hillwallack.com;hwbknj@hillwallack.com
      Jill   Manzo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
       NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
       MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
      Phillip Andrew Raymond    on behalf of Creditor    PNC Bank, National Association, as servicer for
       U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1
       phillip.raymond@mccalla.com,   mccallaecf@ecf.courtdrive.com
      R. A. Lebron    on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank
       National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
      R. A. Lebron    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK
       NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME
       MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com,
       R59915@notify.bestcase.com
                                                                                           TOTAL: 10