**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112
Neptune, NJ  07753

**Order Filed on June 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John Joseph Steimel

Debtor

Case No.: 18-18635

Judge: CMG

Chapter: 13

Recommended Local Form:   ☒ Followed   ☐ Modified

# ORDER AUTHORIZING
## RETENTION OF  Pittenger Realty (Listing Broker)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: June 23, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: John Joseph Steimel

Case No.: 18-18635

Applicant: John Joseph Steimel

(check all that apply)
- ☐ Trustee: ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.
- ☑ Debtor: ☐ Chap. 11   ☑ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Pittenger Realty

Address of Professional: 2240 Route 33, Suite 111

Neptune, NJ 07753

- ☐ Attorney for (check all that apply):
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☐ Accountant for:
  - ☐ Trustee   ☐ Debtor-in-Possession
  - ☐ Official Committee of _____

- ☑ Other Professional:
  - ☑ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-18635-CMG
John Joseph Steimel                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin            Page 1 of 1                 Date Rcvd: Jun 23, 2020
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db             +John Joseph Steimel,    2063 Benjamin Circle,    Wall, NJ 07719-9653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
      Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Elizabeth K. Holdren     on behalf of Creditor    Amboy Bank f/k/a Amboy National Bank eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
      Jill    Manzo     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
      Phillip Andrew Raymond     on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
      R. A. Lebron     on behalf of Creditor    PNC Bank, National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com
      R. A. Lebron     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.     on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com, R59915@notify.bestcase.com
                                                                                                                                      TOTAL: 10