Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  18−18635−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John Joseph Steimel
    309 Club Drive
    Wall Township, NJ 07719

Social Security No.:
    xxx−xx−5859

Employer's Tax I.D. No.:

_____

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        11/18/20
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

_____

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
Fees: $1,500.00

EXPENSES
$0.00

_____

If this is a chapter 13 case, the fees and expenses awarded:

☑        will not reduce the amount to be paid to general unsecured
         creditors under the plan.

☐        will reduce the amount to be paid to general unsecured
         creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 6, 2020

JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-18635-CMG
John Joseph Steimel                                                                       Chapter 13
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                        Page 1 of 2
Date Rcvd: Oct 06, 2020                       Form ID: 137                                Total Noticed: 24

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Joseph Steimel, 309 Club Drive, Wall Township, NJ 07719-9303 |
| cr | + | PNC Bank, National Association, as servicer for U., McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Iselin, NJ 08830-2734 |
| r | + | Pittenger Realty, LISTING BROKER, 2240 Highway 33, Suite 111, Neptune, NJ 07753-6121 |
| r | + | Pittenger Realty, SELLING BROKER, 3350 Route 138, Wall, NJ 07719-9694 |
| r | + | Ward Wight Sotheby's, 522 Washinton Blvd., Sea Girt, NJ 08750-2921 |
| 517485064 | + | Amboy Bank f/k/a Amboy Nat'l Bank, c/o Hill Wallack LLP, 202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517630205 | + | Amboy Bank f/k/a Amboy National Bank, 3590 U.S. Highway 9, Old Bridge, NJ 08857-2765 |
| 517635915 | + | Hill Wallack LLP, Attn: Elizabeth Holdren, 21 Roszel Rd., Princeton, NJ 08540-6866 |
| 517540946 | + | NJCLASS, POB 548, Trenton, NJ 08625-0548 |
| 517485066 | + | NJHigh Ed, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 517631343 | + | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 517485067 | + | PNC Mortgage, co Buckley Madole, P.C., 99 Wood Avenue Suite 803, Iselin, NJ 08830-2713 |
| 517485068 | + | Pnc Mortgage, Po Box 8703, Dayton, OH 45401-8703 |
| 517485069 | + | Ron Ely, co 2063 Benjamin Circle, Belmar, NJ 07719-9653 |
| 517648831 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, Po Box 245, Trenton, NJ 08695-0245 |
| 517485071 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517626089 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 517541562 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517801812 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 517485072 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 20


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2020 22:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2020 22:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517520314 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2020 22:06:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517493259 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 06 2020 22:17:04 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason  Name and Address**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 06, 2020 | Form ID: 137 | Total Noticed: 24 |

| cr | *+ | Amboy Bank f/k/a Amboy National Bank, 3590 U.S. Highway 9, Old Bridge, NJ 08857-2765 |
|---|---|---|
| lm | *+ | PNC Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 517485065 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 517485070 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Amboy Bank f/k/a Amboy National Bank eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Jill Manzo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com |
| Phillip Andrew Raymond | on behalf of Creditor PNC Bank  National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@feinsuch.com |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@feinsuch.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 10