Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                      Case No.: 18−18635−CMG
                      Chapter:  13
                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Joseph Steimel
   309 Club Drive
   Wall Township, NJ 07719

Social Security No.:
   xxx−xx−5859

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: December 3, 2020
JAN: dmi

                                                                                    Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Joseph Steimel  
    Debtor(s)

Case No. 18-18635-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: 148     Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Joseph Steimel, 309 Club Drive, Wall Township, NJ 07719-9303 |
| cr | + | PNC Bank, National Association, as servicer for U., McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Iselin, NJ 08830-2734 |
| r | + | Pittenger Realty, LISTING BROKER, 2240 Highway 33, Suite 111, Neptune, NJ 07753-6121 |
| r | + | Pittenger Realty, SELLING BROKER, 3350 Route 138, Wall, NJ 07719-9694 |
| r | + | Ward Wight Sotheby's, 522 Washinton Blvd., Sea Girt, NJ 08750-2921 |
| 517485064 | + | Amboy Bank f/k/a Amboy Nat'l Bank, c/o Hill Wallack LLP, 202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517630205 | + | Amboy Bank f/k/a Amboy National Bank, 3590 U.S. Highway 9, Old Bridge, NJ 08857-2765 |
| 517635915 | + | Hill Wallack LLP, Attn: Elizabeth Holdren, 21 Roszel Rd., Princeton, NJ 08540-6866 |
| 517540946 | + | NJCLASS, POB 548, Trenton, NJ 08625-0548 |
| 517485066 | + | NJHigh Ed, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 517485068 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517631343 | + | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 517485067 | + | PNC Mortgage, co Buckley Madole, P.C., 99 Wood Avenue Suite 803, Iselin, NJ 08830-2713 |
| 517485069 | + | Ron Ely, co 2063 Benjamin Circle, Belmar, NJ 07719-9653 |
| 517648831 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517626089 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 517541562 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517485072 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517520314 | | EDI: IRS.COM | Dec 04 2020 02:33:00 | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 517485068 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2020 22:03:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517631343 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 03 2020 22:03:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 517493259 | + | EDI: RMSC.COM | Dec 04 2020 02:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517485071 | | EDI: TFSR.COM | Dec 04 2020 02:33:00 | Toyota Motor Credit Co, Toyota Financial Services, Po Box 8026, Cedar Rapids, IA 52408 |
| 517801812 | | EDI: ECMC.COM | Dec 04 2020 02:33:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 148 | Total Noticed: 24 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Amboy Bank f/k/a Amboy National Bank, 3590 U.S. Highway 9, Old Bridge, NJ 08857-2765 |
| lm | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 517485065 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 517485070 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Amboy Bank f/k/a Amboy National Bank eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com |
| Jill Manzo | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@fskslaw.com |
| Phillip Andrew Raymond | on behalf of Creditor PNC Bank  National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION, as servicer for U.S. BANK NATIONAL ASSOCIATION , AS TRUSTEE, FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., PRIME MORTGAGE TRUST, CERTIFICATES, SERIES 2007-1 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor PNC Bank  National Association, as servicer for U.S. Bank National Association as Trustee for Prime Mortgage Trust 2007-1 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Dec 03, 2020 Form ID: 148 Total Noticed: 24

William H. Oliver, Jr.
                  on behalf of Debtor John Joseph Steimel courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 10